LOUIS M. BUBALA III, ESQ.
Nevada State Bar No. 8974
ARMSTRONG TEASDALE LLP
50 W. Liberty St., Ste. 950
Reno, NV 89501
Telephone: 775.322.7400
Facsimile: 775.322.9049
Email: lbubala@armstrongteadale.com

Electronically Filed On
February 10, 2014

Attorneys for Friendly Capital Partners, L.P.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>HDGIANTS, INC.<br><br>    Debtor. | Bankr. Case No.: BK-N-09-51532-GWZ<br><br>Chapter:   11<br><br>**SUPPLEMENT TO LIMITED OBJECTION TO MOTION TO DISTRIBUTE REMAINING FUNDS AND DISMISS CHAPTER 11 CASE, WITH CERTIFICATE OF SERVICE**<br><br>Date:  2/11/14<br>Time: 10:00 a.m. |

    Friendly Capital Partners, L.P., previously objected to the distribution to Mr. Bahneman, as Friendly filed an action for breach of contract against him and sought a writs of garnishment and attachment. On Friday, February 7, 2014, the Second Judicial District Court granted the writs. Exhibit 1. Friendly is in the process of serving them. Friendly has been in contact throughout and provided copies of the complaint, motion for writs, and writ on Mr. Bahneman's counsel, Kent Sharp of the La Jolla Law Group in La Jolla, California, as well as Mr. Harris and Ms. Petroni.

    As an additional point of disclosure, undersigned has been advised by Mr. Sharp and IRS Counsel Rollin Thorley that the IRS has a tax lien against Mr. Bahneman that takes senior priority over Friendly's writs. Mr. Thorley has not yet provided a copy of the lien but advises that the debt is about $29,000, thus apparently leaving approximately $10,000 secured by Friendly's writs.

Dated this 10th of February, 2014

ARMSTRONG TEASDALE LLP
By: /s/Louis M. Bubala III
LOUIS M. BUBALA III, ESQ.
Counsel for Friendly Capital Partners, L.P.

# CERTIFICATE OF SERVICE

1. On February 10, 2014, I served the following document(s):

**SUPPLEMENT TO LIMITED OBJECTION TO MOTION TO DISTRIBUTE REMAINING FUNDS AND DISMISS CHAPTER 11 CASE**

2. I served the above-named document(s) by the following means to the persons as listed below:

   a. **ECF System** (attach the "Notice of Electronic Filing" or list all persons and addresses):

LOUIS M. BUBALA, III on behalf of Creditor FRIENDLY CAPITAL PARTNERS, LP
lbubala@armstrongteasdale.com, bsalinas@armstrongteasdale.com

JANET L. CHUBB on behalf of Creditor ASPEN MEDIA PRODUCTS, LLC
bsalinas@armstrongteasdale.com

STEPHEN R HARRIS on behalf of Attorney HARRIS & PETRONI, LTD.
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

STEPHEN R HARRIS on behalf of Debtor HDGIANTS, INC.
noticesbh&p@harrislawreno.com;hannah@harrislawreno.com;reception@harrislawreno.com;helena@harrislawreno.com;norma@harrislawreno.com;ellie@harrislawreno.com

EDMOND BUDDY MILLER on behalf of Creditor FRIENDLY CAPITAL PARTNERS, LP
bmiller@buddymillerlaw.com, jepker@buddymillerlaw.com

CHRIS D NICHOLS on behalf of Debtor HDGIANTS, INC.
noticesbh&p@renolaw.biz,
legalassistant@renolaw.biz;helena@renolaw.biz;fileclerk@renolaw.biz;cnichols@renolaw.biz;norma@renolaw.biz;ellie@renolaw.biz

U.S. TRUSTEE - RN - 11, 11
USTPRegion17.RE.ECF@usdoj.gov


   b. **United States mail, postage fully prepaid** (list persons and addresses):

SCOTT BAHNEMAN
744 MAYS BLVD #10-381
INCLINE VILLAGE, NV  89451-9605

SCOTT BAHNEMAN
C/O KENT SHARP, ESQ.
LA JOLLA LAW GROUP
9404 GENESEE AVE STE 300
LA JOLLA, CA 92037

1  BELDING, HARRIS & PETRONI, LTD.
   417 WEST PLUMB LANE
2  RENO, NV 89509

3  FAHRENDORF, VILORIA, OLIPHANT & OSTER L.L.P.
   C/O: SCOTT F. GILLES, ESQ.
4  327 CALIFORNIA AVE.
5  RENO, NV 89509

6  STEVEN T. POLIKALAS
   5371 KIETZKE LANE
7  RENO, NV 89511

8
   JASON A. ROSE on behalf of Creditor ASPEN MEDIA PRODUCTS, LLC
9  ARCHERNORRIS
   301 UNIVERSITY AVENUE, STE 110
10 SACRAMENTO, CA 95825

11 RICHARD C. SPENCER on behalf of Creditor FRIENDLY CAPITAL PARTNERS, LP
   LAW OFFICES OR RICHARD SPENCER, PC
12 624 SOUTH GRAND AVENUE
   ONE WILSHIRE BUILDING, SUITE 2200
13 LOS ANGELES, CA 90017

14

15
       I declare under penalty of perjury that the foregoing is true and correct.
16
       DATED this 10th day of February 2014.
17
   Barbara Salinas_____        /s/ Barbara Salinas_____.
18       Name                                    Signature

19

20

21

22

23

24

25

26

27

28

3

# EXHIBIT 1

# EXHIBIT 1

F I L E D
Electronically
2014-02-07 02:20:47 PM
Joey Orduna Hastings
Clerk of the Court
Transaction # 4296082

3060
LOUIS M. BUBALA III
State Bar No.: 8974
lbubala@armstrongteasdale.com
BRET F. MEICH
State Bar No.: 11208
bmeich@armstrongteasdale.com
ARMSTRONG TEASDALE, LLP
50 West Liberty, Suite 950
Reno, NV 89501
Telephone: (775) 322-7400
Facsimile: (775) 322-9049

*Attorneys for Friendly Capital Partners L.P.*

## IN THE SECOND JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA

## IN AND FOR THE COUNTY OF WASHOE

| | |
|---|---|
| FRIENDLY CAPITAL PARTNERS, L.P., a California limited partnership,<br><br>Plaintiff,<br>vs.<br><br>SCOTT BAHNEMAN, an individual,<br><br>Defendant. | Case No.: CV14-00233<br><br>Dept. No.: 6<br><br>**ORDER GRANTING EX PARTE MOTION FOR PREJUDGMENT WRIT OF ATTACHMENT AND GARNISHMENT** |

After consideration of Plaintiff's Ex Parte Motion for Prejudgment Writ of Attachment and Writ of Garnishment, the declarations of Louis Bubala III and Warren Trepp, and the Complaint on file herein, and good cause appearing, and the Court making the following findings:

1. That the action in question appears to be one in which attachment without notice may be allowed because said action is brought pursuant to NRS 31.017(1).

2. The facts and reasons why these grounds exist are Plaintiff's allegations and the supporting declarations, which show that Plaintiff Friendly Capital Partners, L.P. is a resident of this State for purposes of NRS 31.017, doing business in Nevada and qualified by the Secretary of State to do business in Nevada, and Defendant Bahneman is a resident of San Diego County, California.

3. Having reviewed Plaintiff's Complaint and the documents on file, it appears that the Plaintiff has alleged a meritorious claim for relief.

4. The amount for which the attachment and garnishment will issue in this action is the sum of THIRTY-EIGHT THOUSAND FIVE HUNDRED ONE DOLLARS AND 49/100 CENTS ($38,501.49).

5. Prior to attachment, a written undertaking or bond on the part of Plaintiff payable in lawful money of the United States in a sum of $38,501.49 shall be given before the Writs herein will issue.

6. The names of all third persons upon whom writs of garnishment in aid of attachment may be served are: Harris & Petroni, Ltd.; Gloria Petroni.

7. The property to be attached and garnished herein is properly described as the distribution, if any, to Defendant Scott Bahneman from the estate of HDGiants, Inc., in the matter of *In re HDGiants, Inc.*, BK-N-09-51532-GWZ (Bankr. D. Nev.).

IT IS THEREFORE ORDERED that a Writ of Attachment and Writ of Garnishment in this action be issued in the amount of $38,501.49 against the property of Defendant SCOTT BAHNEMAN upon the posting of a Surety by Plaintiff in the amount of $38,501.49.

Dated this 7th day of February, 2014

_____
DISTRICT COURT JUDGE

- 2 -